IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:00cr00340-001 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES STANLEY FULLER, | ) | |
| | ) | |
| Defendant. | ) | |

  This matter was heard on March 14, 2012, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by Attorney Edward Bryan.

  The violation report was referred to Magistrate Judge William H. Baughman, Jr., on February 7, 2012 [Doc. 234] for a Report and Recommendation which was issued on February 24, 2012 [Doc. 238]. No objection to the Report and Recommendation was filed by either plaintiff or defendant.

  Defendant admitted to Violation No. 1, the Court found the violation to be a Grade C violation, defendant's Criminal History II and that defendant had violated the conditions of supervision as follows:

    1) engaging in prohibited internet access and failure to cooperate with
     sex offender treatment.

  The Court entertained statements from both counsel and the supervising officer and, prior

to sentencing, considered all the factors in Sec. 3553. Defendant was sentenced to the Bureau of Prisons for a term of 8 months. Upon release from incarceration defendant shall return to supervised release as previously imposed. Additionally the Pretrial Services and Probation Officer shall take the necessary steps to secure halfway house placement for defendant in the State of Georgia upon release from incarceration. Defendant will be required to serve a 3 month period in the halfway house with night time lock down and supervision as previously ordered. Assuming that the supervising office is successful in securing placement of defendant in a half way house then the officer shall take the necessary steps to transfer defendant's supervision to the State of Georgia.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

Dated: March 15, 2012            *s/   James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE